Pro Se Intake Unit
U.S. District Court, Southern District of New York
40 Foley Square, Room 105
New York, NY 10007

Derek Keith Williams
_____
Write the full name of each plaintiff or petitioner.

-against-

Sokhara Kim
_____
Write the full name of each defendant or respondent.

Case No. 1:25 CV 07290-LTS

Letter re: Order to Stay on Eviction for case in Justice Court of The town of Philipstown State of New York County of Putnam # 25020090 on eviction order for 12/8/2025 in Philipstown Court

I am requesting an order to stay due to medical hardship of my partner Chanthou Deur had surgery and other emergencies after please see supporting documents Exhibit A medical records (report). I am also requesting stay on the eviction for case # 25020090 I have entered supporting documents from the Bankruptcy discharge of all debts including M+T Bank from the U.S. Bankruptcy Court Southern District of New York Certificate of Discharge of all Subrogors. I also request full disclosure mandate of the Eviction made aware of HUD / HUD Secretary Scott Turner / HUD NY Regional director Jason Loughran

Signature: Kim Seth Subrogee

Dated _____

Name _____

Prison Identification # (if available) _____

Address _____ City _____ State _____ Zip Code _____

Telephone Number (if available) _____   E-mail Address (if available) _____