UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEREK KEITH WILLIAMS individually and as
Trustee of DKW Trust1,

                    Plaintiff,

        -against-

Chesapeake Holdings WV VI LLC, ET AL.,

                    Defendants.

25-CV-7290 (LTS)

ORDER DENYING IFP APPLICATION

LAURA TAYLOR SWAIN, Chief United States District Judge:

        Leave to proceed in this Court without prepayment of fees is denied because Plaintiff has

sufficient assets to pay the fees. *See* 28 U.S.C. § 1915(a)(1). Plaintiff is directed to pay $405.00

in fees – a $350.00 filing fee and a $55.00 administrative fee – within 30 days of the date of this

order. If Plaintiff fails to comply with this order within the time allowed, the action will be

dismissed.

SO ORDERED.

Dated:   April 2, 2026
         New York, New York

                                        /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                        Chief United States District Judge

---

        1 On January 6, 2026, another Plaintiff, Sokhara Kim, submitted a notice of voluntary
dismissal. (ECF 19.)