UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEREK KEITH WILLIAMS INDIVIDUALLY
AND AS TRUSTEE OF DKW TRUST;
SOKHARA KIM,

                Plaintiffs,

          -against-

CHESAPEAKE HOLDINGS WV VI, LLC;
M&T BANK, N.A.; MICHAEL C
BARTOLOTTI; MICHAEL J. LEWIS; KEVIN
J. MCCONVILLE; DEPUTY WILLIAM
VERRASTRO; HON. TIMOTHY J. WALKER,
J.C.C.; HON. GINA C. CAPONE; HON.
CAMILLE S. LINSON; FRANCES
FREDERICKS; DEFENDANT; ROBERT V.
TENDY; FEDERAL RESERVE BANK OF
NEW YORK; FEDERAL RESERVE BOARD
OF GOVERNORS (JEROME H. POWELL,
PHILIP N. JEFFERSON, MICHAEL S. BARR,
MICHELLE W. BOWMAN, LISA D. COOK,
ADRIANA D. KUGLER, CHRISTOPHER J.
WALLER); OFFICE OF THE
COMPTROLLER OF THE CURRENCY,

                Defendants.

25-CV-7290 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiffs Derek Keith Williams and Sokhara Kim filed this complaint *pro se* and *in forma pauperis* ("IFP"). By order dated September 8, 2025, the Court denied an order to show cause seeking a preliminary injunction and a temporary restraining order because their submissions did not "demonstrate that the Court has jurisdiction of the claims or jurisdiction over the defendants, the nature of many of the claims, or that the claims have a proper foundation in applicable law." (ECF 9 at 2.) On December 4, 2025, Plaintiff Kim filed a second order to show cause for emergency injunctive relief. (ECF 17.) On January 6, counsel for Kim filed a notice of voluntary

dismissal solely on her behalf, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. (ECF 19.)

This matter is voluntarily dismissed as to Kim, and will proceed with Williams as the sole plaintiff.[1] As only Kim filed the December 4, 2025 order to show cause, the Court denies it without prejudice as moot.[2]

**CONCLUSION**

This matter is voluntarily dismissed as to Plaintiff Sokhara Kim, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

The order to show cause is denied as moot, and the Clerk of Court is directed to terminate it. (ECF 17.)

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:    April 6, 2026
          New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

---

[1] By order dated April 2, 2026, the Court denied Williams leave to proceed IFP and directed him to pay the filing fees.

[2] The Court notes that nothing in this matter has changed warranting a different outcome from the denial of the first order to show cause, for the reasons set forth in the September 8, 2025 order. (ECF 9.)