UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEREK KEITH WILLIAMS, individually and as
trustee of DKW Trust,

                    Plaintiff,

                -against-

CHESAPEAKE HOLDINGS WV VI LLC, ET AL.,

                Defendants.

25 CIVIL 07290 (LTS)

## CIVIL JUDGMENT

For the reasons stated in the May 28, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   June 2, 2026

       New York, New York

                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                      Chief United States District Judge